UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:06-CR-99 |
| V. | ) | (PHILLIPS/SHIRLEY) |
| | ) | |
| MICHAEL GILL WILSON | ) | |

**O R D E R**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(c) for disposition or report and recommendation regarding disposition by the district court as appropriate. This case came before the undersigned on November 3, 2006, for a hearing on a Pro Se Motion to Substitute Counsel filed by defendant [Doc. 18] on October 27, 2006. Specifically referred by District Judge Thomas W. Phillips [Doc. 19]. Paula R. Voss, being previously appointed [Doc. 5], stated that she concurred in the defendant's pro se motion and representations and that she was unable to properly represent the defendant because the defendant has lost trust in her ability to represent him, and that this break was not subject to rehabilitation.

Mr. Wilson stated in open court that he wished to have substitute counsel and stated, through Ms. Voss, matters that confirmed his motions and their disagreements as to the "path" to be taken toward trial. The government, through Assistant United States Attorney Tracy Stone indicated the government did not oppose the motion. The Court finds the motion is appropriate and **GRANTS** the motion. Ms. Voss is relieved of her appointment as counsel and A. Philip Lomonaco is substituted as counsel of record under the Civil Justice Act (CJA). Mr. Lomonaco was present in court and agreed to accept the appointment of counsel. Ms. Voss will get him her complete file by Monday, November 6, 2006.

It is therefore **ORDERED** that A. Philip Lomonaco be substituted as counsel of record for Mr. Michael Gill Wilson, in the place and stead of Paula R. Voss who is hereby relieved of her appointment, and that defendant's Pro Se Motion to Substitute Counsel **[Doc. 18]** is hereby **GRANTED**.

**IT IS SO ORDERED**.

**ENTER**:

  s/ C. Clifford Shirley, Jr.
United States Magistrate Judge