**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | **No. 3:06-CR-99** |
| ) | **(Phillips)** |
| **MICHAEL GILL WILSON,** ) | |
| **a/k/a NICHI SENJURO** ) | |

### ORDER

This matter is before the court on the request by the Federal Bureau of Prisons for a 30-day extension of time to complete the defendant's testing and evaluation. For the good cause stated, the request for extension of time is **GRANTED**, and the Federal Bureau of Prisons shall have an additional 30 days to complete defendant's evaluation.

**ENTER:**



s/ Thomas W. Phillips
United States District Judge