UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:06-CR-99 |
| | ) | (Phillips / Shirley) |
| MICHAEL GILL WILSON, | ) | |
| a/k/a Nichi Senjuro | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter came before the Court on April 21, 2008, for further proceedings with respect to defendant Nichi Senjuro's[1] Motion for Medical Treatment [Doc. 47] and for a status conference as to the defendant's recent evaluation by Dr. Sidney Alexander. Mr. Senjuro was not present, but was represented by attorney, A. Philip Lomonaco. Assistant United States Attorney Tracy L. Stone represented the government.

At the hearing, Attorney Lomonaco reported to the Court that no further action is necessary on the Motion for Medical Treatment [Doc. 47]. Attorney Lomonaco stated his belief that Mr. Senjuro's medical needs were being adequately met at this time, based on improvements observed during the pendency of the motion. Because it has now become moot, Mr. Senjuro's Motion for

---

[1] Defendant Wilson has previous expressed a preference to be addressed by his alias Nichi Senjuro, which the Court has honored in its proceedings.

1

Medical Treatment [Doc. 47] is DENIED.

The parties stated they have both received copies of the report prepared by Dr. Alexander, which has been manually filed with the Court. See [Doc. 54]. The evaluation being now complete, no further action from this Court is necessary on this issue at this time. Attorney Lomonaco stated his intention to file a supplement to Mr. Senjuro's *pro se* motion to withdraw his guilty plea, [Doc. 46], based on Dr. Alexander's report. Attorney Lomonaco also indicated he will consider the merits of filing a motion to suppress Mr. Senjuro's statement, given the observations in Dr. Alexander's report. The Court observes that the motions deadline in this case has long since passed. Accordingly, Attorney Lomonaco should file a request for leave to late-file any motion he plans to file and the request for leave to late-file should include the proposed late-filed motion as an attachment.

IT IS ORDERED:

1. Mr. Senjuro's Motion for Medical Treatment **[Doc. 47]** is **DENIED** as moot.

2. This matter is set for sentencing before the Honorable Thomas W. Phillips on **July 23, 2008, at 2:00 p.m.**

**IT IS SO ORDERED.**

ENTER:

　　s/ C. Clifford Shirley, Jr.
United States Magistrate Judge